11970. FOY *v.* THE STATE.

BROYLES, C. J. 1. "The evidence in support of the defense of alibi was not of such clear and strong probative value as to require a charge upon the law of alibi, especially in the absence of a timely and appropriate written request therefor." *Throckmorton* v. *State,* 23 *Ga. App.* 112 (3) (97 S. E. 664); *Gadlin* v. *State,* 13 *Ga. App.* 660 (79 S. E. 751).

2. The evidence was sufficient to authorize a finding that it excluded every *reasonable* hypothesis save that of the defendant's guilt, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 25, 1921.

Accusation of larceny from house; from city court of Statesboro — Judge Proctor. October 21, 1920.

*Anderson & Jones, Deal & Renfroe,* for plaintiff in error.

*H. M. Jones, solicitor,* contra.